# ELECTRONIC RECORD

COA # 01-13-00899-CR                OFFENSE: 31.07 (Unauthorized Use of Vehicle)

STYLE: Antonio Bravo v. The State of Texas                COUNTY: Harris

COA DISPOSITION:     AFFIRM                TRIAL COURT: 183rd District Court

DATE: 10/23/2014            Publish: NO    TC CASE #:    1375810

# IN THE COURT OF CRIMINAL APPEALS

STYLE:    Antonio Bravo v. The State of Texas         CCA #:    1594 -14

_APPELLANT'S_ Petition                CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:            DATE: _____

_REFUSED_                    JUDGE: _____

DATE: _04/15/2015_                SIGNED: _____        PC: _____

JUDGE: _____                PUBLISH: _____        DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD